IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERIFONE, INC.,

    Plaintiff,

  v.

VERVE, LLC., OMRON CORPORATION, OMRON MANAGEMENT CENTER OF AMERICA, INC., OMRON ADVANCED SYSTEMS, INC., OMRON LOGISTICS OF AMERICA, INC., OMRON ELECTRONICS, INC., OMRON IDM CONTROLS, INC., OMRON MANUFACTURING OF AMERICA, INC., OMRON SYSTEMS LLC, OMRON TRANSACTION SYSTEMS, INC., and OMRON ELECTRONIC COMPONENTS LLC,

    Defendants.
                                       /

AND CONSOLIDATED CASES.
                                        /

No. C 04-02795 WHA

**ORDER APPROVING STIPULATED DISMISSAL**

      The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Court retains no jurisdiction to enforce the settlement agreement between the parties. The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated: July 21, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE